|   |   |
|---|---|
| 1 | THE HONORABLE JOHN H. CHUN |

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| STACY ELIZABETH HEATHCOTE, | No. 2:21-cv-00499-JHC |
|---|---|
| Plaintiff, | STIPULATION FOR AND ORDER OF DISMISSAL |
| vs. | |
| SAFEWAY, INC., "JOHN DOES" and "JANE DOE" a husband and wife and the marital community composed thereof; ROES I-X; BLACK AND WHITE I-V, entities licensed to conduct business in the state of Washington, | |
| Defendants. | |

## I. STIPULATION

IT IS HEREBY STIPULATED AND AGREED by the parties that the claims in this matter have been resolved and may be dismissed with prejudice and without costs to any party. The parties jointly request that the court enter the subjoined order of dismissal.

DATED: June 29, 2022.

| ROBERT D. BOHM PLLC | ATTORNEY WEST SEATTLE, P.S. |
|---|---|
| By:  s/ Robert D. Bohm  <br> Robert D. Bohm, WSBA #42703 <br> Attorney for Plaintiff | By:  s/ Eric J. Harrison  <br> Eric J. Harrison, WSBA # 46129 <br> Attorney for Plaintiff |

STIPULATION FOR AND ORDER OF DISMISSAL - 1
R:\6922-SFW-22\PLEADINGS\dismissal.stip.wpd



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

TURNER KUGLER LAW, PLLC

By: ___s/ John T. Kugler___
    John T. Kugler, WSBA # 19960
    Attorney for Defendant

## II.  ORDER

This matter came before the court on the foregoing stipulation of the parties for an agreed order.  It is hereby ORDERED that Plaintiff's claims are dismissed with prejudice and without costs to either party.

Dated: June <u>30th</u>, 2022.

_____
John H. Chun
United States District Judge

PRESENTED BY:

TURNER KUGLER LAW, PLLC

By: ___s/ John T. Kugler___
    John T. Kugler, WSBA #19960
    Attorney for Defendant

STIPULATION FOR AND ORDER OF
DISMISSAL - 2
R:\6922-SFW-22\PLEADINGS\dismissal.stip.wpd



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

# CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

<u>Attorneys for Plaintiff</u>:
Robert D. Bohm
Robert D. Bohm, LLC
P.O. Box 25536
Federal Way, WA 98093-2536
rdbohm@premisesinjurylaw.com

Eric J. Harrison
Attorney West Seattle, PS
5400 California Ave. SW
Seattle, WA 98136
eric@attorneywestseattle.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

*s/ John T. Kugler*
JOHN T. KUGLER, WSB #19960
Attorney for Defendant Safeway Inc.
TURNER KUGLER LAW, PLLC
6523 California Ave SW #454
Seattle, WA 98136-1833
Telephone: (206) 659-0679
E-mail: john@turnerkuglerlaw.com

---

STIPULATION FOR AND ORDER OF DISMISSAL - 3
R:\6922-SFW-22\PLEADINGS\dismissal.stip.wpd



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679